CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

PATRICK O'BRIEN (CABN 292470)
ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorneys

 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102-3495
 Telephone: (415) 436-7200
 FAX: (415) 436-7234
 zachary.abrahamson@usdoj.gov

Attorneys for United States of America

FILED

Apr 07 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 26-70393-MAG |
| Plaintiff, | MOTION TO SEAL ~~AND~~ ~~ORDER~~ |
| v. | UNDER SEAL |
| SUDHEESH RAGHAVAN NAMBIAR, | |
| Defendant. | |

The United States, by and through its counsel, Assistant United States Attorneys Patrick O'Brien and Zachary G.F. Abrahamson, hereby moves this Court for an order sealing this Motion to Seal and Proposed Order, the Sealing Order, the Complaint, the Arrest Warrant, and all attachments to the Complaint and docket in the above captioned case.  Disclosure of the existence of the Complaint and Arrest Warrant may cause the defendant to flee, destroy evidence, or conceal on-going criminal activity, jeopardizing the progress of the ongoing investigation and the arrest of the defendant.  The defendant is not in federal custody, and agents intend to place him under arrest on Thursday, April 9, 2026.

Accordingly, the United States requests that the Court seals these documents, except that the

MOT. TO SEAL ~~AND [PROP.] ORDER~~     1

Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be permitted to share these documents as necessary with counsel for the defendant, and that the Complaint and Arrest Warrant may be disclosed to agents of the Federal Bureau of Investigation, Internal Revenue Service-Criminal Investigation, and other law enforcement officers in order to effectuate the arrest of the defendant.

DATED:  April 6, 2026                    Respectfully submitted,

                                         CRAIG H. MISSAKIAN
                                         United States Attorney

                                         _____
                                         PATRICK O'BRIEN
                                         ZACHARY G.F. ABRAHAMSON
                                         Assistant United States Attorneys