CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    zachary.abrahamson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 5:26-mj-70393 |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM APRIL 17, 2026, TO MAY 8, 2026, AND ORDER |
| v. | |
| SUDHEESH RAGHAVAN NAMBIAR, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant SUDHEESH RAGHAVAN NAMBIAR, that time be excluded under the Speedy Trial Act and Rule 5.1 of the Federal Rules of Criminal Procedure from April 17, 2026, through May 8, 2026.

At the status conference held on April 17, 2026, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act and Rule 5.1 of the Federal Rules of Criminal Procedure so that the defendant can have reasonable time to obtain counsel. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until May 8, 2026, will allow for the retention and effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from April 17, 2026, through May 8, 2026, from computation under the Speedy Trial Act and

Rule 5.1 of the Federal Rules of Criminal Procedure outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: April 20, 2026

/s/
ZACHARY G.F. ABRAHAMSON
Assistant United States Attorney

DATED: April 20, 2026

/s/
DEJAN GANTAR
Counsel for Defendant SUDHEESH RAGHAVAN NAMBIAR

## ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on April 17, 2026, and for good cause shown, the Court finds that failing to exclude the time from April 17, 2026, through May 8, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for retention and effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from April 17, 2026, to May 8, 2026, from computation under the Speedy Trial Act and Rule 5.1 of the Federal Rules of Criminal Procedure outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 17, 2026, through May 8, 2026, shall be excluded from computation under the Speedy Trial Act and Rule 5.1 of the Federal Rules of Criminal Procedure. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: April 20, 2026

HON. NA_____ _____ISKINS
United St_____



STIPULATION TO EXCLUDE TIME AND ORDER
Case No. 5:26-mj-70393                    2