CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-7200
     FAX: (415) 436-7234
     zachary.abrahamson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 5:26-mj-70393 |
| Plaintiff, | ) STIPULATION TO EXCLUDE TIME FROM JUNE |
| | ) 9, 2026, TO JULY 17, 2026, AND [~~PROPOSED~~] |
| v. | ) ORDER |
| | ) **AS MODIFIED BY THE COURT** |
| SUDHEESH RAGHAVAN NAMBIAR, | ) |
| Defendant. | ) |
| | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant SUDHEESH RAGHAVAN NAMBIAR, that time be excluded under the Speedy Trial Act and Rule 5.1 of the Federal Rules of Criminal Procedure from June 9, 2026, through July 17, 2026.

Previously, at the status conference held on May 11, 2026, the parties agreed and U.S. Magistrate Judge Susan van Keulen ordered that time be excluded through June 9, 2026 under the Speedy Trial Act and Rule 5.1 of the Federal Rules of Criminal Procedure to allow for the effective preparation of counsel and to facilitate a scheduled conference between the parties. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). That conference was later rescheduled to June 16, 2026, when the parties met and conferred, including about potential resolution.

The parties now further stipulate and agree that time be excluded under the Speedy Trial Act and

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER          v. 9/18/2025
Case No. 5:26-mj-70393          1

Rule 5.1 of the Federal Rules of Criminal Procedure from June 9, 2026, through July 17, 2026 so that defense counsel may continue to prepare, including by considering information disclosed at the parties' June 16 conference, and so that the parties can advance negotiations about potential resolution. The parties further stipulate and agree that the ends of justice served by excluding the time from June 9, 2026, through July 17, 2026, from computation under the Speedy Trial Act and Rule 5.1 of the Federal Rules of Criminal Procedure outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 17, 2026

_____/s/_____
ZACHARY G.F. ABRAHAMSON
Assistant United States Attorney

DATED: June 17, 2026

_____/s/_____
GUYTON JINKERSON
Counsel for Defendant SUDHEESH RAGHAVAN NAMBIAR

**[~~PROPOSED~~] ORDER**
**\*\*AS MODIFIED BY THE COURT\*\***

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from June 9, 2026, through July 17, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 9, 2026, to July 17, 2026, from computation under the Speedy Trial Act and Rule 5.1 of the Federal Rules of Criminal Procedure outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the

consent of the parties, IT IS HEREBY ORDERED that the time from June 9, 2026, through July 17, 2026, shall be excluded from computation under the Speedy Trial Act and Rule 5.1 of the Federal Rules of Criminal Procedure. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The Court sets a status conference for July 17, 2026 at 1:00 before Magistrate Judge Cousins.

IT IS SO ORDERED.

DATED: ___June 18, 2026___ _ _ _ _ _

HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge