CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ZACHARY G.F. ABRAHAMSON (CABN 310951)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
zachary.abrahamson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUDHEESH RAGHAVAN NAMBIAR,<br><br>Defendant. | NO. 5:26-mj-70393<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME FROM JULY 17, 2026, TO AUGUST 20, 2026, AND ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant SUDHEESH RAGHAVAN NAMBIAR that the status conference scheduled for July 17, 2026 be continued to August 20, 2026, and that time be excluded under the Speedy Trial Act and Rule 5.1 of the Federal Rules of Criminal Procedure from July 17, 2026, through August 20, 2026.

Previously, the parties stipulated and agreed to exclude time from June 9, 2026 through July 17, 2026, the date of a scheduled status conference. In view of ongoing discussions regarding potential resolution and the availability of counsel, the parties jointly request that the July 17 conference be CONTINUED to August 20, 2026 with corresponding exclusions of time.

The parties therefore stipulate and agree that time be excluded under the Speedy Trial Act and Rule 5.1 of the Federal Rules of Criminal Procedure from July 17, 2026, through August 20, 2026 so

that defense counsel may continue to prepare, including by considering information previously disclosed, and so that the parties can advance negotiations about potential resolution. The parties further stipulate and agree that the ends of justice served by excluding the time from July 17, 2026, through August 20, 2026, from computation under the Speedy Trial Act and Rule 5.1 of the Federal Rules of Criminal Procedure outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: July 15, 2026

/s/
ZACHARY G.F. ABRAHAMSON
Assistant United States Attorney

DATED: July 15, 2026

/s/
GUYTON JINKERSON
Counsel for Defendant SUDHEESH RAGHAVAN NAMBIAR

**ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from July 17, 2026, through August 20, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 17, 2026, to August 20, 2026, from computation under the Speedy Trial Act and Rule 5.1 of the Federal Rules of Criminal Procedure outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status

conference scheduled for July 17, 2026 is CONTINUED to 1:00 p.m. on August 20, 2026. In addition, IT IS HEREBY ORDERED that the time from July 17, 2026, through August 20, 2026, shall be excluded from computation under the Speedy Trial Act and Rule 5.1 of the Federal Rules of Criminal Procedure. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: July 16, 2026

UNITED STATES DISTRICT COURT
GRANTED
Judge Nathanael M. Cousins
NORTHERN DISTRICT OF CALIFORNIA

HON NAT[...]NS
Unite[...]d Stat[...]